# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Jesus MARTINEZ** DOB: 2001; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 23-05927MJ |
| Complicate for violation of Title 18, United States Code, § 554(a) ||

On or about April 20, 2023, in the District of Arizona, **Jesus MARTINEZ** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 19,000 rounds of 7.62 x 39 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On April 20, 2023, **Jesus MARTINEZ** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped a green 2004 Chrysler Town & Country vehicle bearing Arizona temporary license plate 55T3251, driven by sole occupant and registered owner **Jesus MARTINEZ**. CBPOs took a negative binding declaration from **MARTINEZ** to include firearms, ammunition, and currency more than $10,000. **MARTINEZ** stated the vehicle was his. CBPOs inspected the inside of the vehicle and observed a factory-made storage compartment in the floor of the vehicle. CBPOs opened the storage compartment and observed what appeared to be multiple boxes of ammunition. At this time, CBPOs told **MARTINEZ** to exit the vehicle and placed him in handcuffs. During a pat down search of **MARTINEZ**, CBPOs discovered approximately $700 in his pockets. CBPOs discovered more currency in the glove compartment of the vehicle. The U.S. currency totaled $2,166.00. CBPOs also discovered two receipts from today's date from True Shot in Tempe, AZ. The receipts were for 7.62 x 39 caliber ammunition. **MARTINEZ's** name is on the receipts indicating he paid $4000 cash for the transactions. A subsequent search at secondary inspection revealed 10 cases of ammunition containing approximately 19,000 rounds of 7.62 x 39 caliber ammunition.

During a post-*Miranda* interview, **MARTINEZ** admitted he had gone to Phoenix to purchase bullets and that the $700 found in his pockets was left over from the ammunition purchase. **MARTINEZ** stated he met an unknown male subject at a Quick Trip gas station on Valencia Road in Tucson, Arizona, who gave him $5000

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY AUSA *R. Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2023.04.21 14:47:10 -07'00') | SIGNATURE OF COMPLAINANT TIMOTHY P WATSON (Digitally signed by TIMOTHY P WATSON Date: 2023.04.21 15:32:50 -07'00') |
|---|---|
| | OFFICIAL TITLE HSI Special Agent Tim Watson |
| **Sworn by telephone** _x_ ||
| SIGNATURE OF MAGISTRATE JUDGE[1] *Lynnette C. Kimmins* | DATE April 22, 2023 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

cash.  The male told him to purchase 10 cases of 7.62 x 39 caliber ammunition and take it to Mexico.  **MARTINEZ** stated he knew it was illegal to transport ammunition to Mexico and admitted to not possessing a valid export license.  **MARTINEZ** stated he was going to be paid for delivering the ammunition to Mexico, but he did not know how much.

The ammunition found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.  **MARTINEZ** does not possess a license to export ammunition into Mexico.

